# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138783

TERRENCE TEVIS,
       Plaintiff-Appellee,

v

                                      SC: 138783
                                      COA: 282412
                                      Genesee CC: 2006-083211-NF

AMEX ASSURANCE COMPANY,
       Defendant-Appellant,

and

GEICO INDEMNITY COMPANY,
       Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the March 19, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

_____
Clerk

p1019